FILED
DEC - 8 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAKIL AMIRI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 2126 |
| GELMAN MANAGEMENT CO., *et al.*, | ) ) ) |
| Defendants. | ) |

### MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

Plaintiff brings this suit against the management company from which he rents an apartment. Generally, he alleges that the management company has failed to provide clean and safe housing by allowing maintenance workers to enter his unit without permission or prior notice. He further alleges that these workers have harassed him, invaded his privacy, and stolen his property. He demands damages totalling $60 million.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and is between citizens of different states. *See* 28 C.F.R. §1332(a). The facts alleged do not appear to raise a federal question. Moreover, the parties appear to reside or conduct business in the District of Columbia, even though plaintiff asserts that the matter in controversy exceeds $75,000. For these reasons, the complaint will be dismissed without prejudice for lack of subject matter

jurisdiction.

An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ _____
United States District Judge

Date: 12/8/08